FILED
CLERK, U.S. DISTRICT COURT

APR 2 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Martin Barajas<br>    Defendant. | CASE NO. CR-14-837-DUTY<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

1   The court concludes:

2   A.  (✓) Defendant poses a risk to the safety of other persons or the community
3   because defendant has not demonstrated by clear and convincing
4   evidence that:
5   _he will not pose a danger to any_
6   _other person or the community_
7
8
9
10  (B) (✓) Defendant is a flight risk because defendant has not shown by clear
11  and convincing evidence that:
12  _he will not flee_
13
14
15
16
17  IT IS ORDERED that defendant be detained.
18
19
20
21  DATED: 4/28/2014
22
23                                  [signature: John E. McDermott]
24                                  HONORABLE ~~JAY C. GANDHI~~
                                    UNITED STATES MAGISTRATE JUDGE
25                                  JOHN E. McDERMOTT
26
27
28

2